IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | § § § § | |
| *Plaintiffs,* | § § | |
| -v- | § § | 6:21-CV-1088-ADA |
| GENERAL MOTORS COMPANY and GENERAL MOTORS LLC, | § § § § | |
| *Defendants.* | § § | |

# CLAIM CONSTRUCTION ORDER

The Court construes the terms of U.S. Patent Nos. 6,832,283 (the "'283 Patent"); 7,382,771 (the "'771 Patent"); 7,684,318 (the "'318 Patent"); 7,891,004 (the "'004 Patent"); 8,811,356 (the "'356 Patent"); 8,953,641 (the "'641 Patent"); 9,232,158 (the "'158 Patent"); 9,291,475 (the "'475 Patent"); 9,602,608 (the "'608 Patent"); 9,681,466 (the "'466 Patent"); 9,934,628 (the "'628 Patent"); and 10,292,138 (the "'138 Patent") (collectively "Asserted Patents") as follows:

| Disputed Term | Court's Final Construction |
|---|---|
| "component"<br><br>('283 Patent: Claims 1-3, 21-22) | "a device having one or more function blocks" |
| "first address"<br><br>('283 Patent: Claims 1, 3, 21) | "an address that includes a logical address component and a function-specific address component" |
| Claim 1 in its entirety:<br>"Method for addressing components of a first network in a data bus system in a transport vehicle, in which each component is assigned a first address for mutual communication within the network and the first addresses are stored in a central register, wherein at least one particular component of the first network communicates with a second network, said one component, when dialling into the second network, is assigned a second address by the second network, and wherein, within the | Not indefinite. Plain and ordinary meaning. |

| | |
|---|---|
| first network, addressing takes place on the basis of function-specific address components, identical function blocks of the components being addressed via identical function-specific address components." <br><br> ('283 Patent: Claim 1) | |
| "wherein, within the first network, addressing takes place on the basis of a function specific address component" and "wherein addressing within the first network takes place on the basis of the function-specific address components" <br><br> ('283 Patent: Claims 1, 21) | "wherein, within the first network, addressing takes place on the basis of function-specific address components used instead of, or in addition to standard communication protocols such as D2B or MOST" |
| "2. Method according to claim 1, wherein a component of the first network registers a communication with the second network with the at least one particular component which communicates with the second network . . ." <br><br> ('283 Patent: Claim 2) | Not indefinite. Plain and ordinary meaning. |
| "a Local Area Network (LAN) routing system managing the data path between said wireless access point and said Internet access interface" <br><br> ('771 Patent: Claims 1, 9) | Plain and ordinary meaning. |
| "without the need to access an external service controller server" <br><br> ('771 Patent: Claim 1) | Plain and ordinary meaning. |
| "local content module that stores content that can be accessed by said client devices directly through said high-speed access point" <br><br> ('771 Patent: Claim 4) | Not subject to §112(f), not indefinite. Plain and ordinary meaning. |
| "transmit opportunity" <br><br> ('318 Patent: Claims 1-5, 8-12) | Not indefinite. Plain and ordinary meaning. |
| "wherein the transmit opportunity is commenced with a control frame" <br><br> ('318 Patent: Claims 1, 8) | Not indefinite. Plain and ordinary meaning. |
| "a processor configured to determine the length of time of the transmit opportunity based on a priority of the first queue" | Not subject to §112(f), not indefinite. Plain and ordinary meaning. |

| | |
|---|---|
| ('318 Patent: Claim 8) | |
| "automatically forming a network of the plurality of network elements"<br><br>('004 Patent: Claim 68) | "automatically assembling a network of the plurality of network elements" |
| "the assembled plurality of network elements"<br><br>('004 Patent: Claim 68) | Not indefinite. Plain and ordinary meaning. |
| "assigned time intervals" and "in a time interval"<br><br>('356 Patent: Claims 1, 22, 43, 45) | Plain and ordinary meaning. |
| "the processor is further configured to receive feedback information from a downlink control channel"/ "receiving, by the UE, feedback information from a downlink control channel"<br><br>('356 Patent: Claims 1 and 22) | "feedback information" means "information in response to the signal sent over the uplink physical control channel" |
| "a processor configured to receive resource allocation information associated with an uplink physical control channel and a physical uplink shared channel have different resources. . ."<br><br>"the processor is further configured to send data over the physical uplink shared channel in assigned time intervals;"<br><br>"the processor is further configured, in a time interval that it is not sending information over the  physical uplink shared channel, to send a signal over the uplink physical control channel based on the received resource allocation information;"<br><br>('356 Patent: Claim 1) | Not subject to §112(f), not indefinite. Plain and ordinary meaning. |
| "integration time"<br><br>('158 Patent: Claims 1-3, 7-9, 11-16) | "the time the image sensor collects and integrates signal from the scene" |
| "an image capture device"<br><br>('158 Patent: Claim 1) | "a device including a plurality of sensors, where two or more of the plurality of sensors each capture an overlapping portion of the same scene" |
| "an interface … configured to receive the integration time of each sensor as an input to an image capture device" | Plain and ordinary meaning. |

| | |
|---|---|
| ('158 Patent: Claim 3) | |
| "a processing component configured to control an integration time of each sensor."<br><br>"a processing component … configured to combine data from the plurality of sensors received to provide an image"<br><br>"the processing component is configured to determine an integration time of each channel of the plurality of channels"<br><br>('158 Patent: Claims 1, 5, 9) | Not subject to §112(f), not indefinite. Plain and ordinary meaning. |
| "violation"<br><br>('475 Patent: Claims 1-2, 4-8, 11-15, 19-20) | Plain and ordinary meaning. |
| "processing module configured to determine, while the device is in the vehicle, that the vehicle committed a violation based on the information about the vehicle"<br><br>('475 Patent: Claim 15) | Not subject to §112(f), not indefinite. Plain and ordinary meaning. |
| "first user preference"<br><br>('608 Patent: Claims 1-8, 10-14) | "previously saved user preference information" |
| "a geographic area limitation"<br><br>('608 Patent: Claims 1, 2, 5, 8, 9, 12) | "a geographic area supplied by a user" |
| "substantially real-time updates"<br><br>('608 Patent: Claims 3, 10) | Not indefinite. Plain and ordinary meaning. |
| "first parameter," "second "parameter," "third parameter," and "fourth parameter"<br><br>('466 Patent: Claims 1, 3, 6, 8) | The "first parameter," "second parameter," "third parameter," and "fourth parameter" are different parameters for a channel. |
| "wherein resources are allocated for data of each channel of a radio bearer having a second parameter above zero prior to another channel's data for transmission having a third parameter less than or equal to zero"<br><br>('466 Patent: Claims 1, 6) | Plain and ordinary meaning. |
| "store video data in the buffer"<br><br>('628 Patent: Claim 1) | "buffer" means "loop buffer" |

| | |
|---|---|
| "processor is configured to:…detect a movement of a door latch of a vehicle"<br><br>"processor is configured to:…attempt to detect a wireless key fob configured to provide digital authorization for an attempted access event"<br><br>('628 Patent: Claim 1) | Not subject to §112(f), not indefinite. Plain and ordinary meaning. |
| "wherein the selection of the data occurs using a first iteration and a second iteration"<br><br>('138 Patent: Claims 1, 8) | Plain and ordinary meaning. |
| "wherein in the first iteration, the selection of the data is selected from a subset of the plurality of radio bearers based on the received parameters, wherein in the second iteration, the selection of the data is based on buffered data for respective radio bearers"<br><br>('138 Patent: Claims 1, 8) | Not indefinite. Plain and ordinary meaning. |
| "processor configured to cause the circuitry to receive parameters associated with a plurality of radio bearers, determine a plurality of buffer occupancies, wherein each of the plurality of buffer occupancies is associated with one or more radio bearers of the plurality of radio bearers, cause the transmitter to transmit a message including the plurality of buffer occupancies to a network, cause the circuitry to receive a single allocation of uplink resources, select data from the plurality of radio bearers for transmission using the single allocation of uplink resources, wherein the selection of the data occurs using a first iteration and a second iteration, wherein in the first iteration, the selection of the data is selected from a subset of the plurality of radio bearers based on the received parameters, wherein in the second iteration, the selection of the data is based on buffered data for respective radio bearers, and cause the transmitter to transmit a signal including the selected data."<br><br>('138 Patent: Claim 1) | Not subject to §112(f), not indefinite. Plain and ordinary meaning. |
| "circuitry configured to receive broadcast information to access an orthogonal frequency division multiple access (OFDMA) system, wherein the broadcast information is received only in a first band having a first bandwidth and the broadcast information is carried by a plurality of groups of subcarriers with each group having a plurality | Not subject to §112(f), not indefinite. Plain and ordinary meaning. |

| | |
|---|---|
| of contiguous subcarriers . . . wherein the first band is contained within the second band . . . wherein the plurality of contiguous subcarriers have fixed spacing . . . wherein the first band is defined as a frequency segment with a bandwidth that is not greater than a smallest operating channel bandwidth among the plurality of operating channel bandwidths, the first band having a same value for the plurality of operating channel bandwidths." <br><br> "circuitry configured to determine a second bandwidth of a second band that is associated with the OFDMA system based upon the broadcast information received in the first band, wherein a second bandwidth of the second band is greater than the first bandwidth of the first band . . . wherein a data channel is carried by at least one subcarrier group of the second band . . . wherein a number of usable subcarriers is adjustable to realize a variable band, wherein the number of usable subcarriers is determined based on a plurality of operating channel bandwidths." <br><br> "wherein the mobile station is configured to operate within the plurality of operating channel bandwidths" <br><br> ('641 Patent: Claims 11, 25) | |

**SIGNED** this 1st day of December, 2022.

                                        ALAN D ALBRIGHT
                                      UNITED STATES DISTRICT JUDGE