UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC,<br>INTELLECTUAL VENTURES II LLC<br><br>vs.<br><br>GENERAL MOTORS COMPANY,<br>GENERAL MOTORS LLC, GENERAL<br>MOTORS LLC, GENERAL MOTORS<br>COMPANY, INTELLECTUAL VENTURES<br>I LLC, INTELLECTUAL VENTURES II LLC | §<br>§<br>§   NO:  WA:21-CV-01088-ADA<br>§<br>§ |

### ORDER SETTING CASE NARROWING DISPUTE HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for CASE NARROWING DISPUTE HEARING by Zoom on January 26, 2023 at 09:30 AM.

IT IS SO ORDERED this 20th day of January, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE