**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> GENERAL MOTORS COMPANY and GENERAL MOTORS LLC, <br><br> *Defendants*. | C.A. No. 6:21-cv-01088-ADA <br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "IV" or "Plaintiffs") and Defendants General Motors Company and General Motors LLC (collectively, "GM" or "Defendants") jointly move the Court to stay all pending deadlines. The parties have reached an agreement in principle that resolves all disputes in the above-captioned litigation. The parties request that the case be stayed until May 17, 2023, so that they can finalize a formal agreement. The parties do not make this motion for purposes of delay, but for good cause.

Dated: April 6, 2023                                           Respectfully submitted,

By: */s/ Jonathan K. Waldrop*                                  By: */s/ Jeffrey Mills*

|  |  |
|---|---|
| Jonathan K. Waldrop (CA Bar No. 297903)<br>(Admitted in this District)<br>jwaldrop@kasowitz.com<br>Darcy L. Jones (CA Bar No. 309474)<br>(Admitted in this District)<br>djones@kasowitz.com<br>Marcus A. Barber (CA Bar No. 307361)<br>(Admitted in this District)<br>mbarber@kasowitz.com<br>John W. Downing (CA Bar No. 252850)<br>(Admitted in this District)<br>jdowning@kasowitz.com<br>Heather S. Kim (CA Bar No. 277686)<br>(Admitted in this District)<br>hkim@kasowitz.com<br>ThucMinh Nguyen (CA Bar No. 304382)<br>(Admitted in this District)<br>tnguyen@kasowitz.com<br>**KASOWITZ BENSON TORRES LLP**<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, California 94065<br>Telephone: (650) 453-5170<br>Facsimile: (650) 453-5171<br><br>Charles A. Naggar (NY Bar No. 5356449)<br>(Admitted *pro hac vice*)<br>cnaggar@kasowitz.com<br>Joshua A. Whitehill (NY Bar No. 4766473)<br>(Admitted *pro hac vice*)<br>jwhitehill@kasowitz.com<br>**KASOWITZ BENSON TORRES LLP**<br>1633 Broadway<br>New York, NY 10019<br>(212) 506-1907<br>Fax: (212) 835-5049 | Steven M. Zager (State Bar 2241500)<br>szager@kslaw.com<br>Jeffrey D. Mills (State Bar 24034203)<br>jmills@kslaw.com<br>**KING & SPALDING LLP**<br>500 West 2nd Street<br>Suite 1800<br>Austin, TX 78701<br>Phone: (512) 457-2040<br><br>Stephen E. Baskin (*Pro hac vice*)<br>**KING & SPALDING LLP**<br>1700 Pennsylvania Avenue NW<br>2nd Floor<br>Washington, DC 20006<br>sbaskin@kslaw.com<br>Phone: (202) 737-0050<br><br>*Attorneys for Defendants*<br>*General Motors Company and*<br>*General Motors LLC* |

Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@cjsjlaw.com
Gregory P. Love (TX Bar No. 24013060)
glove@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES PLLC**
The Roosevelt Tower
400 Austin Avenue, 9th Floor
Waco, Texas 76701
Telephone: (254) 732-2242

**Attorneys for Plaintiffs**
**INTELLECTUAL VENTURES I LLC and**
**INTELLECTUAL VENTURES II LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 6th day of April, 2023, via the Court's CM/ECF System.

                                               */s/  Jonathan K. Waldrop*
                                               Jonathan K. Waldrop