# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> GENERAL MOTORS COMPANY and GENERAL MOTORS LLC, <br><br> *Defendants*. | C.A. No. 6:21-cv-01088-ADA |

## JOINT MOTION FOR CONTINUANCE OF STAY OF ALL DEADLINES

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "IV" or "Plaintiffs") and Defendants General Motors Company and General Motors LLC (collectively, "GM" or "Defendants") jointly move the Court for a continuance to stay all pending deadlines. The parties have reached an agreement in principle that resolves all disputes in the above-captioned litigation. The parties request that the case be stayed until June 19, 2023, so that they can resolve all matters involving the agreement. The parties do not make this motion for purposes of delay, but for good cause.

Dated: May 24, 2023  Respectfully submitted,

By: __/s/ Jonathan K. Waldrop_____

Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND JAMES, PLLC**
8416 Old McGregor Road
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

**Attorneys for Plaintiffs**
**INTELLECTUAL VENTURES I LLC and**
**INTELLECTUAL VENTURES II LLC**

By: __/s/ Jeffrey Mills_____

Steven M. Zager (State Bar 2241500)
szager@kslaw.com
Jeffrey D. Mills (State Bar 24034203)
jmills@kslaw.com
**KING & SPALDING LLP**
500 West 2nd Street
Suite 1800
Austin, TX 78701
Phone: (512) 457-2040

Stephen E. Baskin (*Pro hac vice*)
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW
2nd Floor
Washington, DC 20006
sbaskin@kslaw.com
Phone: (202) 737-0050

*Attorneys for Defendants*
*General Motors Company and*
*General Motors LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 24, 2023, a true and correct copy of the above document was served on all counsel of record via electronic mail.

                                        */s/ Jonathan K. Waldrop*
                                        Jonathan K. Waldrop