IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>GENERAL MOTORS COMPANY and GENERAL MOTORS LLC,<br><br>*Defendants*. | C.A. No. 6:21-cv-01088-ADA |

## JOINT MOTION TO DISMISS

WHEREAS, Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs" or "IV") and Defendants General Motors Company and General Motors LLC (collectively, "GM" or "Defendants") have resolved Plaintiffs' claims for relief against Defendants and Defendants' counterclaims for relief against Plaintiffs asserted in this case, relating to United States Patent Nos. 6,832,283, 7,891,004, 9,934,628, 9,291,475, 7,382,771, 9,232,158, 9,681,466, 10,292,138, 8,953,641, 8,811,356, 7,684,318, and 9,602,608.

NOW, THEREFORE, Plaintiffs and Defendants, through their attorneys of record, respectfully request this Court to dismiss Plaintiffs' claims for relief against Defendants with prejudice and Defendants' claims, defenses, and/or counterclaims for relief against Plaintiffs with prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring the same.

| | |
|---|---|
| Dated: June 16, 2023 | Respectfully submitted, |
| By: */s/ Jonathan K. Waldrop* | By: */s/ Jeffrey Mills* |

Jonathan K. Waldrop (CA Bar No. 297903)
(Admitted in this District)
jwaldrop@kasowitz.com
Darcy L. Jones (CA Bar No. 309474)
(Admitted in this District)
djones@kasowitz.com
Marcus A. Barber (CA Bar No. 307361)
(Admitted in this District)
mbarber@kasowitz.com
ThucMinh Nguyen (CA Bar No. 304382)
(Admitted in this District)
tnguyen@kasowitz.com
John W. Downing (CA Bar No. 252850)
(Admitted in this District)
jdowning@kasowitz.com
Heather S. Kim (CA Bar No. 277686)
(Admitted in this District)
hkim@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
333 Twin Dolphin Drive, Suite 200
Redwood Shores, California 94065
Telephone: (650) 453-5170
Facsimile: (650) 453-5171

Charles A. Naggar (NY Bar No. 5356449)
(Admitted *pro hac vice*)
cnaggar@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1907
Facsimile:  (212) 835-5046

Mark D. Siegmund (TX Bar No. 24117055)
msiegmund@cjsjlaw.com
Gregory P. Love (TX Bar No. 24013060)
glove@cjsjlaw.com
**CHERRY JOHNSON SIEGMUND
JAMES PLLC**
400 Austin Avenue, 9th Floor
Waco, TX 76701
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

**Attorneys for Plaintiffs
INTELLECTUAL VENTURES I LLC and
INTELLECTUAL VENTURES II LLC**

Steven M. Zager (State Bar 2241500)
szager@kslaw.com
Jeffrey D. Mills (State Bar 24034203)
jmills@kslaw.com
**KING & SPALDING LLP**
500 West 2nd Street
Suite 1800
Austin, TX 78701
Phone: (512) 457-2040

Stephen E. Baskin (*Pro hac vice)*
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW
2nd Floor
Washington, DC 20006
sbaskin@kslaw.com
Phone: (202) 737-0050

*Attorneys for Defendants
General Motors Company and
General Motors LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 16th day of June, 2023, via the Court's CM/ECF System.

*/s/ Jonathan K. Waldrop*
Jonathan K. Waldrop