IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>GENERAL MOTORS COMPANY and GENERAL MOTORS LLC,<br><br>*Defendants*. | C.A. No. 6:21-cv-01088-ADA |

## ORDER GRANTING JOINT MOTION TO DISMISS

On this day, Intellectual Ventures I LLC and Intellectual Ventures II LLC ("Plaintiffs") and Defendants General Motors Company and General Motors LLC (collectively, "GM" or "Defendants") announced to the Court that they have resolved Plaintiffs' claims for relief against Defendants asserted in this case and Defendants' claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case, relating to United States Patent Nos. 6,832,283, 7,891,004, 9,934,628, 9,291,475, 7,382,771, 9,232,158, 9,681,466, 10,292,138, 8,953,641, 8,811,356, 7,684,318, and 9,602,608

IT IS THEREFORE ORDERED that Plaintiffs' claims for relief against Defendants are dismissed with prejudice and Defendants' claims, defenses and/or counterclaims for relief against Plaintiff are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

So ORDERED and SIGNED this 19th day of June, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE